1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANNA NGUYEN (CABN 678390)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Anna.Nguyen@usdoj.gov
8
9  Attorneys for United States of America

**FILED**

May 24 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-CR-00707-001 SBA |
| Plaintiff, | **DETENTION ORDER**<br>**AS MODIFIED** |
| v. | |
| SWEVEN WATERMAN, | |
| Defendant. | |

On October 23, 2018, defendant, Sweven Waterman, allegedly violated the conditions of his supervised released as outlined in the Petition for Arrest Warrant for Offender Under Supervision ("Petition") by committing a new federal, state or local crime.

This matter came before the Court on May 24, 2021, for an initial appearance on the Form 12. The defendant was present and represented by Mr. Hanni Fakhoury. Special Assistant United States Attorney Anna Nguyen appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that the condition or combination of conditions proposed will not reasonably assure the appearance of the person as required and clear and

convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending resolution of the Petition.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3141(a)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant failed to meet his burden to show, by clear and convincing evidence, that he doesn't pose a flight risk and danger to the community or that he is likely to comply with the conditions of his release. Defendant committed multiple felonies while on supervised release, including but not limited to one of which was a violation of California Penal Code Section 29800(A)(1) for being a felon in possession of a firearm – the same offense in the underlying case here, and another was for attempt to evade pursuing peace officer in violation of California Vehicle Code section 2800.1(A). Defendant was also arrested for vehicle theft, possession of narcotic paraphernalia and hit and run, and his two prior Forms 12 involved drug possession and use. Although there were no conditions or combination of conditions presented at the hearing that were sufficient to meet the defendant's burden, the court advised Defendant that if he is able to come up with a set of conditions to address the concerns expressed during the hearing, including having Probation's approval of his proposed residence, he may file a motion to re-open the detention hearing.

Pursuant to 18 U.S.C. § 3143(a)(1), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

//
//
//
//

[PROPOSED] DETENTION ORDER	2	v. 11/01/2018
12-CR-00707-001 SBA

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 24, 2021

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge