1  MOEEL LAH FAKHOURY LLP
   Hanni M. Fakhoury (State Bar No. 252629)
2  1300 Clay Street, Suite 600
   Oakland, CA 94612
3  Telephone:  (510) 500-9994
   Email:       hanni@mlf-llp.com
4

5  Attorneys for Sweven Waterman

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA, | Case No.: 4:12-CR-00707-SBA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER (AS MODIFIED) RESETTING STATUS HEARING** |
| v. | |
| SWEVEN WATERMAN, | **Hearing Date:** December 14, 2021 |
| Defendant. | **Hearing Time:** 1:00 p.m. |

17    Mr. Waterman is charged in a Form 12 petition with violating the conditions of his supervised release. He was ordered released from custody on June 16, 2021 and is residing at a drug treatment program in San Francisco. A status conference regarding preliminary revocation hearing is currently set for December 14, 2021. The parties jointly request the Court reset the status conference to March 3, 2022 at 1:00 p.m. as they continue to discuss potential resolutions to the Form 12.

|     |        |                   |                                                                              |
| --- | ------ | ----------------- | ---------------------------------------------------------------------------- |
| 1   |        |                   |                                                                              |
| 2   |        |                   | IT IS SO STIPULATED.                                                         |
| 3   |        |                   |                                                                              |
| 4   | Dated: | December 13, 2021 | MOEEL LAH FAKHOURY LLP                                                       |
| 5   |        |                   | /S                                                                           |
| 6   |        |                   | HANNI M. FAKHOURY<br>Attorneys for Sweven Waterman                           |
| 7   |        |                   |                                                                              |
| 8   | Dated: | December 13, 2021 | STEPHANIE M. HINDS<br>Acting United States Attorney                          |
| 9   |        |                   | Northern District of California                                              |
| 10  |        |                   | /S                                                                           |
| 11  |        |                   | ADAM REEVES<br>Assistant United States Attorney                              |

STIPULATION AND ORDER (AS MODIFIED) RESETTING STATUS HEARING
*United States v. Waterman*, 4:12-CR-00707-SBA

**ORDER (AS MODIFIED)**

Based on the reasons provided in the stipulation of the parties above, the Court hereby resets the status hearing from December 14, 2021 to **March 3, 2022 at 10:00 a.m.**

**IT IS SO ORDERED AS MODIFIED.**

DATED: December 13, 2021



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge