MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Sweven Waterman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SWEVEN WATERMAN,<br><br>Defendant. | Case No.: 4:12-CR-00707-SBA<br><br>**STIPULATION AND ORDER RESETTING STATUS HEARING**<br><br>**Hearing Date:** March 3, 2022<br>**Hearing Time:** 10:00 a.m. |

    Mr. Waterman is charged in a Form 12 petition with violating the conditions of his supervised release. He was ordered released from custody on June 16, 2021 and is residing at a drug treatment program in San Francisco. A status conference regarding preliminary revocation hearing is currently set for March 3, 2022. The parties jointly request the Court reset the status conference to March 23, 2022 at 10:00 a.m. as they continue to discuss potential resolutions to the Form 12.

|     |           |                    |                                                    |
| --- | --------- | ------------------ | -------------------------------------------------- |
| 1   |           |                    |                                                    |
| 2   |           |                    | IT IS SO STIPULATED.                               |
| 3   |           |                    |                                                    |
| 4   | Dated:    | February 28, 2022  | MOEEL LAH FAKHOURY LLP                             |
| 5   |           |                    | /S                                                 |
| 6   |           |                    | HANNI M. FAKHOURY<br>Attorneys for Sweven Waterman |
| 7   |           |                    |                                                    |
| 8   | Dated:    | February 28, 2022  | STEPHANIE M. HINDS<br>United States Attorney       |
| 9   |           |                    | Northern District of California                    |
| 10  |           |                    | /S                                                 |
| 11  |           |                    | CYNTHIA JOHNSON<br>Special Assistant United States Attorney |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby resets the status hearing from March 3, 2022 to March 23, 2022 at 10:00 a.m. in Oakland - by video conference.

**IT IS SO ORDERED.**

DATED: February 28, 2022

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge