MOEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:   (510) 500-9994
Email:       hanni@mlf-llp.com

Attorneys for Sweven Waterman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SWEVEN WATERMAN,<br><br>Defendant. | **Case No.:** 4:12-CR-00707-SBA<br><br>**AMENDED STIPULATION AND ORDER RESETTING STATUS HEARING**<br><br>**Hearing Date:**   September 16, 2022<br>**Hearing Time:**   10:30 a.m. |

Mr. Waterman is charged in a Form 12 petition with violating the conditions of his supervised release. He had his initial appearance on a summons on July 21, 2022, and is out of custody. A status conference regarding preliminary revocation hearing is currently set for September 16, 2022. The parties jointly request the Court reset the status conference to October 14, 2022 at 10:30 a.m. as they continue to discuss potential resolutions to the Form 12.

1

2                                     IT IS SO STIPULATED.

3

4  Dated:      September 15, 2022           MOEEL LAH FAKHOURY LLP

5                                       /S

6                              HANNI M. FAKHOURY
                                Attorneys for Sweven Waterman

7

8  Dated:      September 15, 2022           STEPHANIE M. HINDS
                                United States Attorney

9                              Northern District of California

10                                 /S

11                          CYNTHIA JOHNSON
                              Special Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby resets the status hearing from September 15, 2022 to October 14, 2022 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: September 15, 2022



_____

HONORABLE DONNA M. RYU
United States Magistrate Judge