```
1    MOEEL LAH FAKHOURY LLP
     Hanni M. Fakhoury (State Bar No. 252629)
2    1300 Clay Street, Suite 600
     Oakland, CA 94612
3    Telephone:   (510) 500-9994
     Email:       hanni@mlf-llp.com
4
5    Attorneys for Sweven Waterman
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:12-CR-00707-SBA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESETTING STATUS HEARING** |
| v. | |
| SWEVEN WATERMAN, | **Hearing Date:** February 6, 2023 |
| Defendant. | **Hearing Time:** 10:30 a.m. |

Mr. Waterman is charged in a Form 12 petition with violating the conditions of his supervised release. He had his initial appearance on a summons and is out of custody. A status conference regarding preliminary revocation hearing is currently set for February 6, 2023. The parties jointly request the Court reset the status conference to April 5, 2023 at 10:30 a.m. as they continue to discuss potential resolutions to the Form 12.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | IT IS SO STIPULATED. |
| 3 | | |
| 4 | Dated: February 1, 2023 | MOEEL LAH FAKHOURY LLP |
| 5 | | /S |
| 6 | | HANNI M. FAKHOURY<br>Attorneys for Sweven Waterman |
| 7 | | |
| 8 | Dated: February 1, 2023 | STEPHANIE M. HINDS<br>United States Attorney |
| 9 | | Northern District of California |
| 10 | | /S |
| 11 | | CYNTHIA JOHNSON<br>Special Assistant United States Attorney |

STIPULATION AND ORDER RESETTING STATUS HEARING
*United States v. Waterman*, 4:12-CR-00707-SBA

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby resets the status hearing from February 6, 2023 to April 5, 2023 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: February 2, 2023

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge