MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Sweven Waterman

FILED

Mar 15 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SWEVEN WATERMAN,<br><br>Defendant. | Case No.: 4:12-CR-00707-HSG<br><br>**STIPULATION AND ORDER VACATING STATUS HEARING**<br><br>**Hearing Date:** April 5, 2023<br>**Hearing Time:** 10:30 a.m. |

On July 6, 2022, a Form 12 petition was filed charging Mr. Waterman with violating the conditions of his supervised release. A summons issued and he had his initial appearance on July 21, 2022 and remained out of custody. A status conference regarding preliminary revocation hearing is currently set for April 5, 2023 at 10:30 a.m. On March 9, 2023, Mr. Waterman was arrested by local police and booked into Santa Rita jail on serious state charges, including murder, and is currently in state custody and held without bail. An amended Form 12 petition has since been filed alleging the new state conduct, and a federal no bail bench warrant has issued with the Form 12. Because Mr. Waterman is in state custody and needs to deal with the state charges before addressing any supervised release violation petitions pending in this Court, the parties stipulate and agree that the status hearing currently set for April 5, 2023 at 10:30 a.m. be vacated. If and when Mr. Waterman is released from state custody, the no bail bench warrant issued with the amended Form 12 petition will secure Mr. Waterman's appearance in federal court. U.S. Probation agrees with this request.

|   |   |   |
|---|---|---|
| | | IT IS SO STIPULATED. |
| Dated: | March 14, 2023 | MOEEL LAH FAKHOURY LLP |
| | | /S<br>HANNI M. FAKHOURY<br>Attorneys for Sweven Waterman |
| Dated: | March 14, 2023 | STEPHANIE M. HINDS<br>United States Attorney<br>Northern District of California |
| | | /S<br>KATHERINE LLOYD-LOVETT<br>Assistant United States Attorney |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby vacates the status hearing set for April 5, 2023 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: March 15, 2023

IT IS SO ORDERED
Judge Donna M. Ryu

HONORABLE DONNA M. RYU
United States Chief Magistrate Judge